IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR32 |
| | ) | |
| vs. | ) | |
| | ) | |
| ZACHARY WICHMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant, Zachery Wichman's Unopposed Motion to Continue Trial [59]. For reasons set forth in the motion, the court finds good cause for one **final** continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [59] is granted, as follows:

1. The jury trial, now set for January 3, 2023, is continued to **February 14, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 14, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Plea documents must be submitted to the court no later than **January 24, 2023**.

4. **No further continuances will be granted.**

DATED: December 20, 2022

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge