IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY WICHMANN,<br><br>Defendant. | 8:21-CR-32<br><br>ORDER ON MOTION TO DISMISS<br>FORFEITURE ALLEGATION |

This matter is before the Court on the Government's Motion to Dismiss Forfeiture Allegation, Filing 69. The Motion requests dismissal of the forfeiture allegation in the Indictment because the property at issue has already been administratively forfeited by the Drug Enforcement Administration. The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss Forfeiture Allegation, Filing 69, is granted; and

2. The forfeiture allegation in the Indictment is dismissed.

Dated this 9th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge